**IT IS ORDERED as set forth below:**

**Date: March 21, 2024**

Wendy L. Hagenau

**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **CHAPTER 11** |
| | ) | |
| **ARC MANAGEMENT GROUP, LLC,** | ) | **CASE NO. 23-61742-WLH** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| **ARC MANAGEMENT GROUP, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ADVERSARY PROCEEDING** |
| **v.** | ) | **NO. 24-05018** |
| | ) | |
| **FLOCK FINANCIAL, LLC, LIBERTAS FUNDING, LLC, WEBBANK HOLDINGS CORP., LIBERTAS FUNDING, LLC d/b/a SUPERB CAPITAL, SAMSON MCA, LLC, LIBERTAS FUNDING, LLC d/b/a ONE FUNDER, FUNDING CLUB, CHEETAH CAPITAL, LIBERTAS FUNDING, LLC d/b/a LENDSPARK CORPORATION, GREEN NOTE CAPITAL PARTNERS SPV, LLC, KYF GLOBAL PARTNERS, LLC, TRUE BUSINESS FUNDING, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER GRANTING CONSENT MOTION TO AMEND CASE CAPTION**

Before the Court is the Consent Motion to Amend Case Caption filed by Plaintiff and Libertas Funding, LLC, WebBank, SuperB Capital, LLC, and Lendspark Corporation to amend the existing case caption. Based upon the Consent Motion and agreement of the parties, the Court GRANTS the Consent Motion under Fed. R. Bankr. P. 15(a)(2). It is ORDERED that the case caption in this adversary proceeding shall read as follows:

**ARC MANAGEMENT GROUP, LLC,**

**Plaintiff,**

**v.** **Adversary Proceeding No. 24-05018**

**FLOCK FINANCIAL, LLC,**
**LIBERTAS FUNDING, LLC,**
**WEBBANK,**
**SUPERB CAPITAL, LLC,**
**SAMSON MCA, LLC,**
**ONE FUNDER,**
**FUNDING CLUB,**
**CHEETAH CAPITAL,**
**LENDSPARK CORPORATION,**
**GREEN NOTE CAPITAL PARTNERS**
**SPV, LLC,**
**KYF GLOBAL PARTNERS, LLC,**
**TRUE BUSINESS FUNDING, LLC,**

**Defendants.**

**-END OF ORDER-**

Prepared and presented by:

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Ceci Christy*
Ceci Christy
Georgia Bar Number 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
cchristy@rlkglaw.com
404-584-1238
*Attorneys for Debtor/Plaintiff*

Consented to by:

**ROBL LAW GROUP, LLC**

*/s/ Maxwell W. Bowen*
Michael D. Robl
Georgia Bar No. 610905
Maxwell W. Bowen
Georgia Bar No. 719784
3754 Lavista Road, Suite 250
Tucker, Georgia 30084
(404) 373-5153 Telephone
michael@roblgroup.com
max@roblgroup.com
*Attorneys for WebBank, Libertas Funding, LLC,*
*Super B Capital, LLC, and*
*Lendspark Corporation*

**Distribution List:**

Ceci Christy
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Maxwell W. Bowen
Robl Law Group, LLC
3754 Lavista Road, Suite 250
Tucker, Georgia 30084